

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00189-CV

———————————————

IN THE INTEREST OF C.W., A CHILD

---

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 15-02354-393

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On June 22 and July 12, 2021, we notified Appellant that we would dismiss her appeal unless she paid the required $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. Appellant has not done so.

Because Appellant has not complied with the rules of appellate procedure or with the clerk's notice, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: August 12, 2021